Mitchell J. Alster, Plaintiff-Appellant, v. Chicago Tastee-Freez Corporation and Alvin D. Rose, Defendants-Appellees.

Gen. No. 49,889. 

First District, First Division.

June 14, 1965.

Mitchell J. Alster, pro se, of Chicago, appellant; Schwartz, Cooper, Kolb & Cohen, of Chicago (Malcolm M. Gaynor, of counsel), for appellees. Opinion by JUSTICE MURPHY. Not to be published in full.